# United States District Court
# for the
# Southern District of Georgia
# Augusta Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | Case Number: 1:13CR00130-1 |
| v. | ) | |
| | ) | |
| **Richard C. Patterson** | ) | |
| | ) | |

## ORDER

On July 2, 2018, the probation officer of this Court filed a petition to show cause why Patterson=s supervision should be revoked. The petition alleged that Richard C. Patterson failed to refrain from any unlawful use of a controlled substance on the following dates: March 30, 2018; April 13, 2018; April 18, 2018; April 25, 2018; and May 30, 2018; by testing positive for cocaine. The supervised release revocation hearing was conducted on August 2, 2018. Patterson stipulated to the violations outlined in the petition.

Based on Patterson's stipulation to the violations, the Court finds sufficient evidence that Richard C. Patterson is guilty of the violations outlined in the petition. However, the Court has decided not to make a ruling on Patterson's case at this time and orders that the revocation hearing be held in recess for approximately sixty days so as to monitor Patterson's compliance to the Court's conditions of supervision and participation in drug treatment. The Court further directs that Patterson be continued at

this time on supervised release. All conditions of supervision previously imposed by this Court on June 11, 2014, shall remain in full force and effect.

**SO ORDERED** this 6th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA